UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA K. WILLIAMS,

    Plaintiff,

v.   Case No. 6:12-cv-203-Orl-18TBS

UNITED STATES OF AMERICA, JOSEPH R. CRISCIONE,

    Defendants.

_____

## ORDER

Pending before the Court is Plaintiff's Motion to Compel and for an Award of Motion Fees and Costs (Doc. 21). The Certificate of Good Faith Conference submitted by Plaintiff's lawyer states "I hereby certify that I have conferred and attempted to confer with counsel for Defendant to resolve the issues raised above, as detailed in the above averments." (Id.)  The Court understands this to be a reference to email communication between counsel, copies of which are annexed to the motion.

Local Rule 3.01(g) requires counsel to confer in a good faith effort to resolve issues before most motions are filed.  Emails between counsel do not satisfy Rule 3.01(g).  Ideally, counsel will speak in person but if that is not feasible, the Court expects the lawyer for the moving party to pick up the phone and call his opponent. The Court also expects the opponent's lawyer to take the telephone call or promptly return it and that counsel have a real, good faith conversation before a motion is filed.

Because Plaintiff has not complied with Local Rule 3.01(g) her motion to compel is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 28, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel